**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Randy Harry BROOMALL, Jr., Petitioner**

**No. 554 MAL 2017**

Supreme Court of Pennsylvania.

January 3, 2018

### ORDER

PER CURIAM

AND NOW, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**

**IN RE: ADOPTION OF S.R.P.**

**In re: Adoption of S.G.P.**

**In re: Adoption of K.D.P.**

**Petition of: J.P., Natural Father**

**No. 429 WAL 2017**

Supreme Court of Pennsylvania.

January 9, 2018

### ORDER

PER CURIAM

AND NOW, this 9th day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**